UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NADENE SAMMANN, *et al.*,

    Plaintiffs,

    v.

ESTATE OF ELIZABETH SAMMANN, *et al.*,

    Defendants.

Case No. C05-0929L

ORDER GRANTING MOTION TO AMEND

This matter comes before the Court on plaintiffs' motion to amend their complaint to name as a defendant Louise Mayer, previously identified as Jane Doe Mayer. (Dkt. #22). The motion is not opposed, plaintiffs have not previously amended their complaint, and defendants have not yet answered the complaint. Fed. R. Civ. P. 15(a). Accordingly, plaintiffs' motion to amend is GRANTED.

DATED this 21st day of October, 2005.

    /s/ Robert S. Lasnik
    Robert S. Lasnik
    United States District Judge

ORDER GRANTING
MOTION TO AMEND