1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  NADENE SAMMANN, *et al.*,

9        Plaintiffs,

10        v.

11  ESTATE OF ELIZABETH SAMMANN, *et al.*,

12

13        Defendants.

Case No. C05-0929L

ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

14
15
16     This matter comes before the Court on plaintiffs' motion for a continuance of

17  defendants' motion for summary judgment. (Dkt. #42). Defendants' motion is currently

18  noted for consideration on December 9, 2005. Plaintiffs seek a continuance that renotes

19  the motion for February 7, 2006.[1]

20     Plaintiffs state that they need additional time to conduct discovery. Specifically,

21  they allege that defendants have a Generation Skipping Trust document in their

22

23
---

24  [1] Plaintiffs initially moved for a continuance until January 13, 2006, but in their reply, requested a continuance until February 7, 2006.

25  ORDER GRANTING MOTION TO
    CONTINUE DEFENDANTS' MOTION
26  FOR SUMMARY JUDGMENT - 1

1 possession which plaintiffs do not have, but which is essential to their claims.  However,
2 defendants' motion for judgment on the pleadings is based on legal issues, so discovery is
3 not necessary.  Plaintiffs also assert that they have not had sufficient time to prepare their
4 response because they have spent time drafting the Joint Status Report and their other
5 motions in this case.  Defendants argue that a continuance is not warranted because they
6 have already given plaintiffs extra time to respond by noting their motion for the fifth
7 Friday after service, rather than the fourth Friday.  Defendants also have an interest in the
8 expeditious resolution of this matter.  After considering these factors and plaintiffs' *pro*
9 *se* status, the Court finds that plaintiffs have shown good cause for a continuance to allow
10 them sufficient time to prepare their response.

11    Accordingly, plaintiffs' motion for a continuance is GRANTED (Dkt. #42).  The
12 Clerk of the Court is directed to renote defendants' motion for judgment on the pleadings,
13 or in the alternative for summary judgment (Dkt. #28) to February 10, 2006.

15    DATED this 5th day of December, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO
CONTINUE DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT - 2