UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NADENE SAMMANN, *et al.*,

    Plaintiffs,

    v.

ESTATE OF ELIZABETH SAMMANN, *et al.*,

    Defendants.

Case No. C05-0929L

ORDER DENYING MOTION FOR RECONSIDERATION

    This matter comes before the Court on plaintiffs' motion for reconsideration of the Court's order granting their motion for a continuance of defendants' motion for summary judgment (the "Order"). (Dkt. #59).

    Although the Court granted plaintiffs' motion for a continuance for the full amount of time they requested, plaintiffs have moved the Court to reconsider the Order based on an apparent misunderstanding. Plaintiffs argue that the Order denied them the opportunity to take discovery. The Order, however, did not state that plaintiffs cannot take discovery. Instead, it explained why one of plaintiffs' justifications for the continuance, the need to take discovery, was not persuasive in light of the fact that the

ORDER DENYING MOTION
FOR RECONSIDERATION - 1

1  pending motion to dismiss is based on legal, not factual issues.

2  Accordingly, plaintiffs' motion for reconsideration (Dkt. #59) is DENIED.

3

4  DATED this 21st day of December, 2005.

5

6

7  *signature*
   Robert S. Lasnik
8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER DENYING MOTION
    FOR RECONSIDERATION - 2