UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NADENE SAMMANN, *et al.*,

    Plaintiffs,

    v.

ESTATE OF ELIZABETH SAMMANN, *et al.*,

    Defendants.

Case No. C05-0929L

ORDER DENYING MOTION FOR RECONSIDERATION

This matter comes before the Court on plaintiffs' motion for reconsideration of the Court's order denying their motion for an extension of time, ordering them to serve defendants with a copy of their second proposed amended complaint, and ordering the Clerk of the Court to unseal certain documents that plaintiffs improperly and unilaterally filed under seal (the "Order").[1]  (Dkt. #76).

Plaintiffs have not demonstrated that the Order contained manifest error, nor have they shown new facts or legal authority which could not have been brought to the

---

[1] Plaintiffs also moved to file an overlength memorandum in support of their motion for reconsideration. That request is granted, and the Court has considered their overlength memorandum. (Dkt. #75).

ORDER DENYING MOTION
FOR RECONSIDERATION - 1

1 | Court's attention earlier with reasonable diligence.  Accordingly, plaintiffs' motion for
2 | reconsideration (Dkt. #76) is DENIED.

4 |      DATED this 7th day of February, 2006.

*[signature: MNT S Lasnik]*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION - 2