1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NADENE SAMMANN, *et al.*,

        Plaintiffs,

    v.

ESTATE OF ELIZABETH SAMMANN,
*et al.*,

        Defendants.

Case No.  C05-0929L

ORDER DENYING
MOTION FOR A STAY

This matter comes before the Court on plaintiffs' February 8, 2006 motion for a stay of this Court's prior order requiring them to serve defendants with a copy of their proposed second amended complaint.  Plaintiffs request a stay pending a ruling on their motion for reconsideration.  The Court denied plaintiffs' motion for reconsideration on February 7, 2006, so this motion is DENIED as moot.  (Dkt. #80).

    DATED this 10th day of February, 2006.

*MWt S Casnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR A STAY