| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NADENE SAMMANN, *et al.*,

    Plaintiffs,

    v.

ESTATE OF ELIZABETH SAMMANN, *et al.*,

    Defendants.

Case No. C05-0929L

ORDER DENYING MOTION
FOR RECONSIDERATION

    This matter comes before the Court on plaintiffs' motion for reconsideration of the Court's February 14, 2006 order renoting their motion to amend their complaint (the "Order"). Plaintiffs did not serve their motion to amend, their proposed amended complaint, and other filings on defendants as required by the Court's rules and by this Court's February 1, 2006 order. Because plaintiffs did not serve the documents, the Order renoted their motion to amend and again ordered plaintiffs to serve the documents. Plaintiffs now move for reconsideration, arguing that they should not be required to serve the documents.

    Plaintiffs asserted the same arguments in their motion for reconsideration of the

ORDER DENYING MOTION
FOR RECONSIDERATION - 1

Court's February 1, 2006 order. The Court denied that motion. (Dkt. #79). As in their prior motion for reconsideration, plaintiffs have not demonstrated that the Order contained manifest error, nor have they shown new facts or legal authority which could not have been brought to the Court's attention earlier with reasonable diligence.

Accordingly, plaintiffs' motion for reconsideration (Dkt. #93) is DENIED.

DATED this 6th day of March, 2006.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION - 2