UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NADENE SAMMANN, *et al.*,

    Plaintiffs,

    v.

ESTATE OF ELIZABETH SAMMANN, *et al.*,

    Defendants.

Case No. C05-0929L

ORDER GRANTING MOTION
TO FILE OVERLENGTH BRIEF

This matter comes before the Court on plaintiffs' motion to file an additional 10 pages in support of their anticipated "Motion to Reverse the Court's Order of Dismissal," which they state is due on March 10, 2006. Given that the Court's prior order dismissed plaintiffs' case, the Court finds that they have shown good cause to file an overlength brief. Plaintiffs' motion to file an overlength brief (Dkt. #95) is GRANTED.

DATED this 9th day of March, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION