UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NADENE SAMMANN, *et al.*,

    Plaintiffs,

    v.

ESTATE OF ELIZABETH SAMMANN, *et al.*,

    Defendants.

Case No. C05-0929RSL

ORDER GRANTING
MOTION TO WITHDRAW

    This matter comes before the Court on a motion to withdraw filed by defense counsel Alan Funk and J. Stephen Funk (Dkt. #129). Although the motion complies with the requirements set forth in General Rule 2(g)(4)(A), plaintiffs nevertheless oppose the motion. They note that in J. Stephen Funk's motion to withdraw, he stated, "I am partially retired, and do not handle litigation or appellate work." (Dkt. #114). Plaintiffs note that J. Stephen Funk has litigated three other cases in this district in the past; the most recent case was filed eleven years ago. Plaintiffs' implication that Mr. Funk's statement was untrue is unsupported and unwarranted, and their response provides no reason for the Court to deny the motion.

    Because defense counsel's motion to withdraw complies with the local rules and is

ORDER GRANTING
MOTION TO WITHDRAW - 1

1  supported by good cause, it is GRANTED.  (Dkt. #129).

2

3          DATED this 22nd day of May, 2006.

4

5

6                                            /s/ Robert S. Lasnik

7                                            Robert S. Lasnik
                                             United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER GRANTING
    MOTION TO WITHDRAW - 2